OPINION — AG — WHERE A COUNTY TREASURER CONTRACTS WITH A NEWSPAPER FOR PUBLICATION FOR THE LIST OF LANDS FOR SALE AT THE NOVEMBER SALE, AND SUCH NOTICE IS PUBLISHED FOR LESS THAN THREE CONSECUTIVE WEEKS THE COUNTY TREASURER CANNOT LAWFULLY PAY FOR SUCH NOTICES SO PUBLISHED OUT OF COUNTY FUNDS. CITE: 68 O.S. 1967 Supp., 24312 [68-24312], 28 O.S. 1967 Supp., 121 [28-121] (DALE CROWDER)